In the Matter of the Will of MORRIS ROTH, Deceased. PEARL ROTH et al., Appellants; FREDERICK ROTH et al., Respondents.

Argued November 11, 1947; decided January 8, 1948.

*Lloyd B. Kanter, Alvin S. Rosenson, Stuart H. Steinbrink, Harry Mitchell* and *Hyman I. Barnett* for Pearl Roth and others, appellants.

*Stuart H. Steinbrink, Harry Mitchell* and *Hyman Barnett* for Ida P. Pollack and another, appellants-respondents.

*Conrad Sare Keyes* and *Lewis Singer* for Jesse Roth, appellant and respondent.

*James N. Vaughan* and *Eli M. Spark* for Frederick Roth and others, respondents.

*Richard Hecht, Chester A. Hahn* and *Sylvia Miller* for Marian Furman, as administratrix, appellant and respondent.

*Herbert J. Roeder* for Herman Wolowitz, respondent.

*Herman S. Bachrach,* special guardian for Kurt Roth and another, infants.

Order affirmed, with costs to all parties appearing separately and filing briefs payable out of the estate, and matter remitted to Surrogate's Court for further proceedings. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.